# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD T. COOK, et al., | ) | CASE NO. 5:20-cv-665 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SPRINGFIELD TOWNSHIP, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

On December 16, 2021, without prior leave of Court and beyond the deadline set for dispositive motions, defendants Village of Lakemore and Rick Justice jointly filed a motion for partial judgment on the pleadings as to count 11 of the complaint. (Doc. No. 78.) Plaintiffs opposed the motion on the grounds that it was untimely and was filed without leave. (Doc. No. 79.) Alternatively, plaintiffs argued that, should this Court permit defendants' motion, plaintiffs should be allowed 30 days within which to oppose it. At the Court's direction, the movants filed a reply brief setting forth their rationale for the filing of their motion. (Doc. No. 80.)

Since there is no trial date set for this case and since each of these defendants has already timely filed a dispositive motion (*see* Doc. Nos. 69 and 70), in view of the good cause shown in the reply brief and there being no prejudice to the plaintiffs, the Court will permit briefing on the motion for judgment on the pleadings. Plaintiff shall have leave until January 24, 2022 to oppose the motion on its merits; defendants shall have until February 7, 2022 to file a single reply brief.

**IT IS SO ORDERED**.

Dated: December 23, 2021

                                                     **HONORABLE SARA LIOI**
                                                     **UNITED STATES DISTRICT JUDGE**